FILED
2021 Jun-29 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KELLI LYNN CARON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:21-cv-00385-MHH-GMB |
| WARDEN GARRETT, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action for a writ of habeas corpus filed *pro se* by petitioner Kelli Lynn Caron pursuant to 28 U.S.C. § 2241. (Doc. 11). Ms. Caron challenges the Bureau of Prisons' calculation of her earned time credits for educational coursework. (Docs. 11, 16). On June 4, 2021, the magistrate judge to whom the case was referred entered a report in which he recommended that this petition be dismissed without prejudice because Ms. Caron has not exhausted her administrative remedies. (Doc. 18). Ms. Caron admits that she did not use the Bureau of Prisons' administrative remedy process, set forth in 28 C.F.R. § 542.10-19, before filing this habeas action. (Doc. 11, pp. 2-4). Although the parties were advised of their right to file objections to the report and recommendation within 14 days, the Court has not received objections from either party.

Having reviewed the materials in the Court's electronic docket, including the magistrate judge's report, the Court adopts the magistrate judge's findings and agrees that this § 2241 habeas petition should be dismissed without prejudice for failure to exhaust administrative remedies. By separate order, the Court will do so.

**DONE** and **ORDERED** this June 29, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE